IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

| | | |
|---|---|---|
| KWAME ROCKWELL, | ) | |
|     Petitioner, | ) | |
| | ) | 4:14-cv-01055-O |
| v. | ) | (CAPITAL CASE) |
| | ) | Hon. Reed O'Connor |
| WILLIAM STEPHENS, | ) | |
| Director, Texas Department of | ) | |
| Criminal Justice-Institutional | ) | |
| Division, | | |
|     Respondent. | | |

## MOTION TO REMAIN

TO THE HONORABLE JUDGE OF SAID COURT:

Undersigned Counsel for Petitioner Kwame Rockwell has resolved the conflict of interest and at the request of the Court will be able to complete the federal writ petition in this case.

Respectfully Submitted,

/s/ Georgette P. Oden


GEORGETTE P. ODEN

Attorney for Defendant
Texas Bar No. 24029752

Crawford & Cruz PLLC
9901 Brodie Lane Ste. 160 #278
Austin TX 78748
Email: G.Oden@crawfordcruz.com

Phone (512) 829-1611
Fax (512) 237-7792

CERTIFICATE OF SERVICE

I hereby certify that on the sixth day of April, 2015, a copy of this pleading was served on Mr. Stephen Hoffman, Assistant Attorney General, by Notice of Docket Activity and by email at stephen.hoffman@texasattorneygeneral.gov.

/s/ Georgette P. Oden

GEORGETTE P. ODEN
Attorney for Petitioner